# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
_____Tampa_____ Division

| | |
|---|---|
| DEVONTAY WILLIAMS<br>15404 Ibis Fall Pl<br>Suncity Center, FL 33573<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Westlake Financial<br>4751 Wilshire Blvd. Suite 100<br>Los Angeles, CA 90010<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 8:24 cv 169 WFJ-SPF<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: (check one)  ☑ Yes  ☐ No |

JAN 18 2024 PM2:30
FILED - USDC - FLMD - TPA

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DEVONTAY WILLIAMS |
| Street Address | 15404 Ibis Fall Pl |
| City and County | Suncity Center and Hillsborough |
| State and Zip Code | Florida 33573 |
| Telephone Number | (941) 288-2408 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.


Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Westlake Financial |
| Job or Title (if known) | |
| Street Address | 4751 Wilshire Blvd. Suite 100 |
| City and County | Los Angeles and Los Angeles |
| State and Zip Code | California 90010 |
| Telephone Number | (800)641-6700 |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Equal Credit Opportunity Act Federal Reserve Act section 16 & section 29 Truth in lending act 15 U.S.C 1611 15 U.S.C 1605 Consumer right to credit

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* DEVONTAY WILLIAMS, is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Westlake Financial, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* California.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
350000 , Breach of contract for non performance of Fiduciary Duties, Withholding my Securities , Emotional stress, reckless and knowingly causing a substantial loss, engaging in a unsafe practice , Not letting me live my Life, Liberty and the pursuit of Happiness, Denying my right to credit, Unsafe business practice, Unlawfully repossession.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 10/27/2023 I went to Sunny Florida Cars to purchase a vehicle utilizing my consumer rights. When I arrived salesperson name sherry approached me I told her what car I wanted (2019 Dodge Charger Scat Pack) she told me I couldn't get an application unless I was putting down a certain amount with a certain credit score, I told her to show me where it says that inside the truth in lending act or the equal credit opportunity act she laughed still denied me an application so I told her 15 u.s.c 1611 states she can't willfully or knowingly give me false information then Matt the sale manager came out said he'll work it out for me but ill still have to put a downpayment down which I told him it is stopping me from living my Life, Liberty and the pursuit of Happiness and

*See the entire statement of Claim attached. To the back*

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Third Tier C & D Federal Reserve Act 29, Breach of contract for non performance of Fiduciary Duties, Withholding my Securities , Emotional stress, reckless and knowingly causing a substantial loss, engaging in a unsafe practice , Not letting me live my Life, Liberty and the pursuit of Happiness, Denying my right to credit. 350000 relief cover court cost, release my securities(2019 Dodge Charger ScatPack) in good faith honor the tender and transfer Principals Balance to the Principals Account for set off for the entirety of the contract for each and every billing cycle. Uphold the Finance Charge (15 u.s.c 1605 A, B & C) which is the sum of all charges inside this contract.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/17/2024

Signature of Plaintiff: *Devontay Williams* (signed)

Printed Name of Plaintiff: DEVONTAY WILLIAMS

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

# STATEMENT OF CLAIM

On 10/27/2023 I went to Sunny Florida Cars to purchase a vehicle utilizing my consumer rights. When I arrived salesperson name sherry approached me I told her what car I wanted (2019 Dodge Charger Scat Pack) she told me I couldn't get an application unless I was putting down a certain amount with a certain credit score, I told her to show me where it says that inside the truth in lending act or the equal credit opportunity act she laughed still denied me an application so I told her 15 u.s.c 1611 states she can't willfully or knowingly give me false information then Matt the sale manager came out said he'll work it out for me but ill still have to put a downpayment down which I told him it is stopping me from living my Life, Liberty and the pursuit of Happiness and assassinating my character, hurting my pride and ego & most of all was feeling like I was getting racial profiled and please don't discriminate I'm feeling unsafe in this consumer credit transaction. Eventually I gave into Matt because I really wanted this car and frustrated all of my rights so gave em what they asked for telling them this is bad faith so he said approved just leave a downpayment to secure your vehicle come back tomorrow 10/28/2023 and we'll finish the paperwork. So next day we finish the paperwork was trying add insurances n fees inside the finance charge which is the some of all charges pursuant to truth in lending act 15 u.s.c 1605 but was told I couldn't do that but was approved left with my car & three days later on 11/01/2023  before I can do my performance or get any bill from Westlake Financial my car was unlawfully repoed while I was at a friends house a hour away from my home had to pick up my girlfriend from work and get her daughter from daycare but couldn't do, called law enforcement to report my car being stolen but they told me my car was repoed by my lien holder  contact them. I contacted Sunny Florida Cars telling them they have me in a unsafe environment inside this business transaction and fearing for my life this is a  unsafe and unsound business practice

plus there not upholding our contract in good faith then they told me they had nothing to do with it, its the bank so I contacted Westlake Financial stating the same exact thing no response nor action was done, just was sent an Adverse Action. So I started my Administration Process on 11/20/2023 Tier 1 I sent a copy of the Retail Installment Contract and Security Agreement, Bill of Sale, Adverse Action, Tender , Copy of Federal Reverse Act Section 16 & Section 29, copy of Durable power of Attorney through USPS Mail service. Also sent the same exact thing second time Tier 2 Opportunity to cure on 12/02/2023 still no reply & Also sent it a third time Tier 3 on 12/11/2023 Default Judgement For Non- Performance No reply again nor action was done which is a pattern of misconduct knowingly ignoring me.